UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-113 AWI |
| | ) | |
| Plaintiff, | ) | NEW CASE NUMBER: |
| | ) | |
| v. | ) | 1:06-CR-113 OWW |
| | ) | |
| FRANCISCO FARIAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 1:06-CR-129 AWI |
| | ) | |
| Plaintiff, | ) | NEW CASE NUMBER: |
| | ) | |
| v. | ) | 1:06-CR-129 OWW |
| | ) | |
| FRANCISCO FARIAS, | ) | |
| | ) | ORDER REASSIGNING CASES |
| Defendant | ) | |

   These cases being related to action 1:04-CR-5185, <u>United States vs. Raul Mercado-Moreno, et al.</u>,

   These matters are reassigned from the docket of United States District Judge Anthony W. Ishii to the docket of United States District Judge Oliver W. Wanger.

   These matters will be set for a change of plea hearing on April 24, 2006 at 1:30 PM before Judge Wanger in Courtroom Three. **IT IS SO ORDERED.**

**Dated:   April 12, 2006**  /s/ Oliver W. Wanger
emm0d6  UNITED STATES DISTRICT JUDGE